(102 So. 678)

No. 26928.

## STATE v. SCHRIEBER.

(Jan. 5, 1925.)

*(Syllabus by Editorial Staff.)*

Criminal law ⬤⟹1114(1)—Record held to present no question for review.

Record presented no question for review by appellate court and hence judgment would not be disturbed, where transcript contained only information and minutes, showing arraignment, trial, conviction, and sentence of accused; no assignment of error having been filed in appellate court, and no error patent appearing on face of record, and no bill of exceptions being taken, or demurrer, motion to quash, nor motion in arrest filed in trial court.

Appeal from the Twenty-Second Judicial District Court, Parish of East Baton Rouge; W. Carruth Jones, Judge.

Joe Schrieber was convicted of an offense, and he appeals. Affirmed.

Howell & Wortham, of Thibodaux, for appellant.

Percy Saint, Atty. Gen., John Fred Odom, Dist. Atty., of Baton Rouge, and Percy T. Ogden, Asst. Atty. Gen. (J. Bernard Cocke, of New Orleans, of counsel), for the State.

LAND, J. The transcript in this case contains only the information and the minutes of the court showing the arraignment, trial, conviction, and sentence of the accused. No assignment of error has been filed in this court, and there is no error patent upon the face of the record. No bills of exception were taken; no demurrer, no motion to quash, nor motion in arrest were filed in the trial court. Under such circumstances, the record presents no question for review by this court, and the judgment will not be disturbed. State v. Haskell, 131 La. 465, 59 So. 904; State v. McCrocklin, 130 La. 108, 57 So. 645; State v. Sam, 134 La. 376, 64 So. 145; State v. Bagley, 129 La. 926, 57 So. 271.

The conviction and sentence appealed from are therefore affirmed.